THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH KAUFMAN and Others, as Trustees under a Declaration of Trust, Dated March 10, 1936, and a Plan for the Reorganization of Series " B-1 " Mortgage Investment, Approved by a Final Order Dated December 3, 1935, Appellants, v. WILLIAM STANLEY MILLER,

as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents.— On the court's own motion the decision of this court handed down March 24, 1941 [*ante*, p. 993], is amended to read as follows: Four certiorari proceedings to review the assessments of appellants' property for the taxable years 1933, 1935, 1937, 1938 and the first half of 1939, were tried together. Orders confirming the assessments and dismissing the proceedings unanimously affirmed, with a single allowance of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.